IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSE GREEN**                                                                 **PLAINTIFF**

**v.**                              **CASE NO. 4:24-CV-01013-BSM**

**TUFF SHED, INC.**                                                             **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 13th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE